**Robinson+Cole**

PATRICK W. BEGOS

1055 Washington Boulevard
Stamford, CT 06901-2249
Main (203) 462-7500
Fax (203) 462-7599
pbegos@rc.com
Direct (203) 462-7550

Also admitted in Massachusetts
and New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/21/2025

**MEMO ENDORSED**

May 7, 2025

<u>Via ECF</u>
Honorable Andrew L. Carter, Jr.
U.S District Court, SDNY
40 Foley Square, Courtroom 444
New York, NY 10007

Re: *Cruikshank v. First Unum Life Ins. Co., et al*
Case No. 1:24-cv-06458-ALC
<u>NOTICE OF SETTLEMENT</u>

Dear Honorable Carter:

Riemer Hess LLC represents Plaintiff Harrison Cruikshank ("Plaintiff"), and Robinson & Cole LLP represents Defendants First Unum Life Ins. Co. and Provident Life & Casualty Ins. Co. ("Defendants") in the above-referenced action. We write to notify the Court that the Parties have reached an agreement in principle to settle all claims in this action. The Parties are in the process of finalizing the full Settlement Agreement.

The Parties request that the Court terminate all pending motions, including Plaintiff's Request for Pre-Motion Conference on Motion to Compel, (ECF No. 23), and conditionally discontinue this action without prejudice and without costs; provided, however, that within forty-five (45) days, the parties may submit to the Court their own Stipulation of Dismissal.

Respectfully submitted,

/s/ Jennifer Hess
Jennifer Hess
Riemer Hess LLC
*Counsel for the Plaintiff*

Respectfully submitted,

/s/ Patrick W. Begos
Patrick W. Begos
Robinson & Cole LLP
*Counsel for the Defendants*

SO ORDERED:
/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

May 21, 2025
New York, New York

Boston | Hartford | New York | Washington, DC | Providence | Miami | Austin | Stamford | Wilmington | Philadelphia | Los Angeles | Albany

rc.com | Robinson & Cole LLP