

June 17, 2025

**VIA ECF**
Honorable Andrew L. Carter, Jr.
U.S District Court, SDNY
40 Foley Square, Courtroom 444
New York, NY 10007

Re: *Cruikshank v. First Unum Life Ins. Co., et al*
Case No. 1:24-cv-06458-ALC
**Joint Request for Extension of Time to File an Application to Reopen**

Dear Judge Carter:

Riemer Hess LLC represents Plaintiff Harrison Cruikshank ("Plaintiff"), and Robinson & Cole LLP represents Defendants First Unum Life Ins. Co. and Provident Life & Casualty Ins. Co. ("Defendants") in the above-referenced action. We write to respectfully request an extension of forty-five (45) days for the right to file an application to reopen.

Previously, on May 7, 2025, the Parties submitted a joint Notice of Settlement (ECF No. 25) requesting that the Court terminate all pending motions. Your Honor endorsed that letter on May 21, 2025 (ECF No. 26). The current deadline to reopen is June 20, 2025; if granted, the deadline would be extended to Monday, August 4, 2025.

This request is made in light of the Parties need for additional time to finalize the settlement agreement. Although the Parties have reached agreement on the settlement amount, the Parties require additional time to review the finer details of the agreement and finalize the documentation. This includes tax reporting issues due to Plaintiff's residence in Canada.

We respectfully ask that the Court grant this extension.

Respectfully submitted,                     Respectfully submitted,

*/s/Samantha Wladich*                       */s/Patrick Begos*
Riemer Hess LLC                             Robinson & Cole LLP
Counsel for the Plaintiff                   Counsel for the Defendants