UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRISON CRUIKSHANK<br><br>    Plaintiff,<br><br>v.<br><br>FIRST UNUM LIFE INSURANCE COMPANY & PROVIDENT LIFE AND CASUALTY INSURANCE COMPANY<br><br>    Defendants. | Case No. 1:24-cv-06458-ALC-GS |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, between undersigned counsel for all Parties in this action pursuant to Fed. R. Civ. P. 41(A)(1)(A)(ii) that this action be, and the same hereby is, dismissed with prejudice, and without costs or attorneys' fees to any party.

Dated: August 7, 2025

By: _____          _____
Jennifer Hess, Esq.                                              Patrick Begos, Esq.
RIEMER HESS LLC                                            ROBINSON & COLE LLP
*Attorneys for the Plaintiff*                                 *Attorneys for the Defendant*
110 East 42nd Street, Suite 1418                     1055 Washington Blvd.
New York, NY 10017                                         Stamford, CT 06901
(212) 297-0700                                                    (203) 462-7500
jhess@riemerhess.com                                   pbegos@rc.com